THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Tracy
 Hughes,        Appellant.
 
 
 

Appeal From Spartanburg County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No.
2005-UP-446
Submitted July 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, III,
 of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Tracy
Hughes appeals his conviction for felony driving under the influence resulting
in great bodily injury.  Hughes filed a pro se brief.  After a
thorough review of the record, counsels brief, and Hughes pro se
brief and review pursuant to Anders v. California, 386 U.S. 738 (1967)
and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hughes appeal and grant counsels
motion to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1] We dismiss this case without oral argument pursuant to Rule 215,
SCACR.